## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTH JERSEY SURGERY CENTER,<br><br>                    Plaintiff,<br><br>          v.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,<br><br>                    Defendant. | CIVIL ACTION NO.: 12-6998 |

### ORDER EXTENDING TIME TO RESPOND

**IT IS** on this ___ day of _____, 2012, **ORDERED** that the time within which Defendant Horizon Blue Cross Blue Shield of New Jersey may file an Answer or otherwise respond to Plaintiff's Complaint is extended until **December 29, 2012**.

<br>

_____

SO ORDERED